# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTILIA NICOLE CORREA,<br><br>　　　　Plaintiff,<br>vs.<br><br>ZILLOW GROUP, INC., a Washington corporation; AMY HEGARTY, an individual. and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: 8:20-cv-01684-JLS-DFM<br><br>Assigned for all purposes to the *Honorable Josephine L. Staton*<br><br>Courtroom 10A<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

## ORDER

Having considered Plaintiff Otilia Nicole Correa Unopposed Motion for Voluntary Dismissal Without Prejudice, and good cause appearing therefor:

IT IS HEREBY ORDERED THAT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the instant action, Nicole Otilia Correa v. Zillow Group Inc. et al. Case No. 8:20-cv-01684-JLS-(DFM), is hereby dismissed without prejudice, each party to bear its own costs.

It is SO ORDERED

DATED: October 13, 2020

JOSEPHINE L. STATON
_____
Josephine L. Staton
United States District Judge